# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MARK FITZHENRY, ) | Civil Action No.: 2:13-CV-3508-DCN-BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF REMOVAL** |
| ) | |
| LIFEWATCH, INC., EVAN SIRLIN and ) | |
| JOHN DOE, Individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 1446, Defendants Lifewatch, Inc. ("Lifewatch") and Evan Sirlin ("Sirlin")(collectively "Defendants"), by and through the undersigned counsel, invoke the Court's jurisdiction under 28 U.S.C. §§ 1331 and 1441, and state the following grounds for removal:

1. On November 18, 2013, Plaintiff Mark Fitzhenry ("Plaintiff") filed a Summons and Verified Complaint in the Magistrate's Court for Charleston County, South Carolina captioned *Mark Fitzhenry v. Lifewatch, Inc., Evan Sirlin and John Doe*, Case No.: 2013CV1010601404.

2. Plaintiff subsequently served the Summons and Verified Complaint on Defendants through the Office of the Secretary of State of South Carolina.[1]

3. Pursuant to 28 U.S.C. § 1446(b), Defendants are filing this Notice of Removal in a timely manner within thirty (30) days of service of the Summons and Verified Complaint.[2]

---

[1] Defendants do not concede that this Court has personal jurisdiction.
[2] Upon information and belief, Defendant John Doe has not been properly joined and served and need not consent to this removal petition. 28 U.S.C. §1446(a)(2)(A).

4. A true and accurate copy of the Summons and Verified Complaint is attached as Exhibit 1. Defendants have not otherwise appeared in this action, no further proceedings have occurred, and trial has not yet commenced.

5. This Court has federal question jurisdiction of this action under the provisions of 28 U.S.C. § 1331, as the Verified Complaint is premised on a claim that Defendants have violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 and the regulations imposed pursuant to that statute. See Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740 (U.S. 2012).

6. Defendants submit this Notice of Removal without waiving any grounds for dismissal or waiving any defenses to the claims asserted by Plaintiff, and without conceding that Plaintiff has alleged any claims on which relief may be granted.

7. The Magistrate's Court for Charleston County, South Carolina, in which this action was commenced and from which this action is being removed, is within this Court's District and Division.

8. Contemporaneously with the filing of this Notice of Removal, Defendants are filing a Notice of Filing Notice of Removal with the Clerk of the Magistrate's Court for Charleston County, South Carolina, with a copy provided to Plaintiff, as required under 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that the above-referenced action now pending against them in the Magistrate's Court for Charleston County, South Carolina be removed to the United States District Court for the District of South Carolina, Charleston Division, and respectfully request that this Court take jurisdiction of this action for the determination of all issues, trial, and judgment, to the exclusion of any further proceedings in the Magistrate's Court for Charleston County, South Carolina.

                                        WOMBLE CARLYLE SANDRIDGE & RICE, LLP

                                        s:// Matthew Tillman
                                        David Cox, Fed. Bar No. 6041
                                        dcox@wcsr.com
                                        Matthew Tillman, Fed. Bar No. 9115
                                        mtillman@wcsr.com
                                        P.O. BOX 999 [5 Exchange St., 29401]
                                        Charleston, SC  29402-0999
                                        Main: (843) 722-3400; Fax.: 843-723-7398

Dated: **12/17/13**                               *Attorneys for Defendants*
Charleston, SC

## CERTIFICATE OF SERVICE

     I certify that on December 17, 2013, a true and accurate copy of the foregoing *Notice of Removal* was served via U.S. Postal Service, First Class Mail, postage prepaid on the following:

Mark Fitzhenry
10 Brigadier Drive
Charleston, South Carolina 29407

                                              s/Matthew Tillman
                                            Matthew Tillman, Esq.